of Public Safety of the City of Yonkers, Respondent.— Order confirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

SAMUEL A. MORRISON, Respondent, v. FRITZ LEOPOLD SCHMIDT, JR., Appellant.— A broker employed to sell an interest in land is presumed to accept, as the subject-matter for negotiation, the quantity of title which his principal gives him. Reliance on representations though necessary in tort actions is not essential to be averred in such actions of contract. The terms of the contract itself import assent and materiality. Hence, plaintiff, suing for commissions, need not plead that he relied on the principal's title as offered for negotiation, and need not negative the possibility that he had discovered his principal's error. The averment that he "procured a purchaser for the said interest" sufficiently alleges performance. (*Morton v. Petit*, 133 App. Div. 377.) The word "procured" means not merely to initiate a transaction, but to bring it about. Order unanimously affirmed, with costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

ELIZABETH POWERS, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Order of the Special Term in so far as appealed from affirmed. As the point of practice is somewhat novel, this affirmance is without costs. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

ELIZABETH POWERS, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

HENRY PRESSER, Respondent, v. ERNEST RUFFER and Others, Copartners, etc., Appellants.— Judgment reversed, with costs, upon the facts and the law, and judgment unanimously directed in favor of defendants, with costs, upon authority of *Presser* v. *Central Trust & Savings Co.* (189 App. Div. 721), decided herewith. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur. Settle order upon notice before Mr. Justice Kelly.

IGNATZ PSCHYGODA, Appellant, v. HARRY M. GOLDBERG, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE COUNTY OF WESTCHESTER, Appellant, v. THE STATE TAX COMMISSION, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, on authority of *People ex rel. Town of Bedford* v. *State Tax Commission* (*ante*, p. 887), recently decided in the Third Department. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concur.

CHARLES SOLON, an Infant, by MARY LEWNES, His Guardian ad Litem, Respondent, v. CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Defendant, and OTTO DUBOIS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

ARTHUR R. STANLEY, Respondent, v. M. SERGEY FRIEDE, Appellant.— Judgment of the County Court of Westchester county unanimously affirmed,